IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. SCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT BOWMAN, M.D., and<br>MTA GARCIA,<br><br>　　　　Defendants.　　　　　　　／ | No. C 07-0810 WHA (PR)<br><br>**ORDER TO REPORT ADDRESS** |

　　　　This is a civil rights case brought by a state prisoner. In another of plaintiff's cases mail has been returned, suggesting that his address may have changed. He has not filed a notice of change of address in either case.

　　　　Plaintiff shall file a notice informing the clerk of his current address within thirty days of the date of this order. If he does not, this case will be dismissed.

　　　　**IT IS SO ORDERED.**

Dated: April   4  , 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SCOTT810.ADD.wpd