IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. SCOTT, | No. C 07-0810 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ROBERT BOWMAN, M.D., and MTA GARCIA, | |
| Defendants. / | |

      This is a civil rights case filed pro se by a state prisoner. The Court entered an order noting that mail sent to plaintiff in another case had been returned as undeliverable, and that in neither that case nor this one had plaintiff filed a notice of change of address. That order has been returned as undeliverable. Plaintiff still has not notified the clerk of any change of address.

      More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: June  30 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SCOTT810.DSM-mail.wpd